WIETHOFF *v.* SHEDDEN CARTAGE CO.

NEGLIGENCE — PERSONAL INJURY — ACTION — EVIDENCE—SUFFICI-
ENCY.

In an action for an injury caused by plaintiff being crushed by
a huge iron bed plate under which he attempted to walk
while it was suspended from a pair of shears made from poles
standing within a few feet of him, evidence examined, and
*held*, that the verdict is so contrary to the weight of the evi-
dence as to require reversal.

Error to Wayne; Mandell, J. Submitted October 3,
1905. (Docket No. 2.) Decided December 15, 1905.

Case by Anthony B. Wiethoff against the Shedden Car-
tage Company, Limited, and the American Radiator Com-
pany for personal injuries. There was judgment for
plaintiff against the Shedden Cartage Company, and it
brings error. Reversed.

*L. C. Stanley* (*Harrison Geer*, of counsel), for appel-
lant.

*Washington I. Robinson*, for appellee.

HOOKER, J. The defendant in error recovered a ver-
dict of $12,000 for an injury suffered by being crushed by
an iron bed plate 24 feet long, 3 feet wide, and 6 inches
thick, which he attempted to walk under while it was sus-
pended from a pair of shears, made from telephone or
similar poles, standing within a few feet of him.

We are agreed that this verdict is so plainly contrary
to the weight of evidence that we concur in the reversal
of the judgment without discussion of other questions.

The judgment is reversed, and a new trial ordered.

MOORE, C. J., and CARPENTER, GRANT, and MONT-
GOMERY, JJ., concurred.